# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| XUDONG SONG, et al., | ) | CASE NO. 1:15-cv-1438 |
| | ) | |
| PLAINTIFFS, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF REFERRAL TO |
| DAVOR ROM, et al., | ) | MAGISTRATE JUDGE |
| | ) | |
| DEFENDANTS. | ) | |

This action is hereby referred to Magistrate Judge Amanda M. Knapp, pursuant to 28 U.S.C. Section 636 and Local Rules 72.1 and 72.2(a), for general processing of the Garnishments (Doc. No. 244) and setting of a hearing, if necessary.

**IT IS SO ORDERED**.

Dated: November 12, 2024

_____
**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**